United States Courts
Southern District of Texas
ENTERED

APR 2004

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

DECEDRIC GIRON,

 Plaintiff,

vs.

PRAIRIE VIEW A&M UNIVERSITY,

 Defendant.

Civil Action No. H-03-4394

## ORDER ON PLAINTIFF'S AGREED MOTION TO CONSOLIDATE

On the ___ day of _____, 2004, the Court considered Plaintiff DeCedric Giron's Agreed Motion to Consolidate After considering the Motion and Response, the Court

GRANTS the Motion and consolidates Civil Action No H-03-4394, styled *DeCedric Giron v. Prairie View A&M University*, with Civil Action No H-04-1035, styled *DeCedric Giron v. American Campus Communities*

IT IS FURTHER ORDERED that the resulting actions will be entitled as follows Civil Action No. H-03-4394, styled *DeCedric Giron v. Prairie View A&M University*, and Civil Action No. H-03-4394-A, styled *DeCedric Giron v. American Campus Communities*

SIGNED on Apr. 20, 2004.

U.S. ~~DISTRICT~~ JUDGE

P:\gaines_west\Giron,DeCedric-15084\Pldg\Consolidate_ORD.wpd